Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 18−34132−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa McCallion
   20 Marshall Lane
   Ocean City, NJ 08226

Social Security No.:
   xxx−xx−9561

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on December 26, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 17 − 6
Order Vacating Order for (related document:6 Order to Show Cause Why Case Should Not be Dismissed for re: Failure to Meet Credit Counseling Requirements. If an objection is filed a hearing will be held on: January 2, 2019 at 10:00AM Courtroom 4B. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/7/2018. Objection to Order to Show Cause due by 12/21/2018. (lgr)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/26/2018. (bc)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 26, 2018
JAN: bc

                            Jeanne Naughton
                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-34132-ABA
Lisa McCallion                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Dec 26, 2018
                               Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2018.
db             +Lisa McCallion,    20 Marshall Lane,    Ocean City, NJ 08226-2639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2018 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               HSI Asset Securitization Corporation Trust 2007-WF1, Mortgage Pass-Through Certificates, Series
               2007-WF1 rsolarz@kmllawgroup.com
              Robert A. Loefflad    on behalf of Debtor Lisa   McCallion rloefflad@ffhlaw.com,   ghuie@ffhlaw.com
              Scott W Lichtenstein    on behalf of Creditor    United States Surety Company
               slichtenstein@csglaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5