Francis P. Maneri (9515)
Dilworth Paxson LLP
457 Haddonfield Road
Suite 700
Cherry Hill, NJ 08002
(856) 675-1900
(856) 663-8855 (facsimile)
*Attorneys for Interested Party,*
*Christopher Marrone*

**Order Filed on February 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY(CAMDEN)

| | |
|---|---|
| In Re: | : Chapter 13 |
| | : Case No. 18-34132 (ABA) |
| Lisa McCallion, | : |
| Debtor. | : |

## AMENDED ORDER FIXING THE REDEMPTION DATE, OR ALTERNATIVELY, GRANTING RELIEF FROM THE AUTOMATIC STAY TO FIX THE REDEMPTION DATE

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: February 5, 2019**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

120741768_1

Upon the Motion of Christopher Marrone for an Order Fixing the Redemption Date with respect to the real property known as 20 Marshall Lane, Ocean City, NJ 08226 (the "**Real Property**"), or Alternatively, Granting Relief from the Automatic Stay to Fix the Redemption Date for the Real Property (the "**Motion**"), and the Court having considered the Memorandum of Law in support of the Motion and the Certification of Christopher Marrone in support of the Motion, and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. The relief sought in the Motion is granted.

2. It is **ORDERED** that February 5, 2019 is fixed as the date for the Debtor to redeem the foreclosure judgment entered in favor of Deutsche Bank National Trust Company.

3. It is further **ORDERED** that in the event that the redemption amount is not paid by February 5, 2019, the Cape May County Sheriff is permitted to deliver the deed for the Real Property to Christopher Marrone upon payment of the balance of the bid amount.

4. It is further **ORDERED** that the Debtor be prohibited from curing any arrearages due to Deutsche Bank and/or selling the Real Property.

5. It is further **ORDERED** that the automatic stay is not in effect with respect to the redemption of the Real Property.

6. It is further **ORDERED** that, to the extent necessary, relief from the automatic stay is granted pursuant to section 362(d)(2) of the Bankruptcy Code, so that Mr. Marrone may exercise his rights with respect to the Real Property.

7. Mr. Christopher Marrone shall serve a copy of this Order on the Debtor, the Debtor's attorney, the Chapter 13 Trustee, and any other party who entered an appearance on the Motion who were not already electronically filed.