Francis P. Maneri (9515)
Dilworth Paxson LLP
457 Haddonfield Road
Suite 700
Cherry Hill, NJ 08002
(856) 675-1900
(856) 663-8855 (facsimile)
*Attorneys for Interested Party,
Christopher Marrone*

**Order Filed on February 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY(CAMDEN)

| | |
|---|---|
| In Re: | Chapter 13 |
| | Case No. 18-34132 (ABA) |
| Lisa McCallion, | |
| Debtor. | |

### AMENDED ORDER FIXING THE REDEMPTION DATE, OR ALTERNATIVELY, GRANTING RELIEF FROM THE AUTOMATIC STAY TO FIX THE REDEMPTION DATE

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: February 5, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

120741768_1

Upon the Motion of Christopher Marrone for an Order Fixing the Redemption Date with respect to the real property known as 20 Marshall Lane, Ocean City, NJ 08226 (the "**Real Property**"), or Alternatively, Granting Relief from the Automatic Stay to Fix the Redemption Date for the Real Property (the "**Motion**"), and the Court having considered the Memorandum of Law in support of the Motion and the Certification of Christopher Marrone in support of the Motion, and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. The relief sought in the Motion is granted.

2. It is **ORDERED** that February 5, 2019 is fixed as the date for the Debtor to redeem the foreclosure judgment entered in favor of Deutsche Bank National Trust Company.

3. It is further **ORDERED** that in the event that the redemption amount is not paid by February 5, 2019, the Cape May County Sheriff is permitted to deliver the deed for the Real Property to Christopher Marrone upon payment of the balance of the bid amount.

4. It is further **ORDERED** that the Debtor be prohibited from curing any arrearages due to Deutsche Bank and/or selling the Real Property.

5. It is further **ORDERED** that the automatic stay is not in effect with respect to the redemption of the Real Property.

6. It is further **ORDERED** that, to the extent necessary, relief from the automatic stay is granted pursuant to section 362(d)(2) of the Bankruptcy Code, so that Mr. Marrone may exercise his rights with respect to the Real Property.

7. Mr. Christopher Marrone shall serve a copy of this Order on the Debtor, the Debtor's attorney, the Chapter 13 Trustee, and any other party who entered an appearance on the Motion who were not already electronically filed.

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa McCallion  
    Debtor

Case No. 18-34132-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Feb 05, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2019.  
db          +Lisa McCallion,   20 Marshall Lane,   Ocean City, NJ 08226-2639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2019 at the address(es) listed below:

          Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-WF1, Mortgage Pass-Through Certificates, Series 2007-WF1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-WF1, Mortgage Pass-Through Certificates, Series 2007-WF1 rsolarz@kmllawgroup.com  
          Robert A. Loefflad   on behalf of Debtor Lisa   McCallion rloefflad@ffhlaw.com,   ghuie@ffhlaw.com  
          Scott W Lichtenstein   on behalf of Creditor   United States Surety Company slichtenstein@csglaw.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          Yonit   Caplow   on behalf of Interested Party Christopher   Marrone ycaplow@dilworthlaw.com, cct@dilworthlaw.com

                                                                                                                                                               TOTAL: 8