Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 18−34132−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa McCallion
   20 Marshall Lane
   Ocean City, NJ 08226

Social Security No.:
   xxx−xx−9561

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/15/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 15, 2019
JAN: bc

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa McCallion  
    Debtor

Case No. 18-34132-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Feb 15, 2019  
                 Form ID: 148     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.

```
db              +Lisa McCallion,    20 Marshall Lane,    Ocean City, NJ 08226-2639
cr              +United States Surety Company,    c/o Chiesa Shahinian & Giantomasi PC,
                  Attn: Scott Lichtenstein Esq.,    One Boland Drive,    West Orange, NJ 07052-3686
517911706       +Action Supply Co.,    1401 Calcon Hook Road,    Sharon Hill, PA 19079-1199
517911707       +Alfred V. Altopiedi, PC,    902 Old Marple Road,    Springfield, PA 19064-1211
518029844       +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517911710       +Deutsche Bank, N.A.,    101 North Phillips Avenue,    Sioux Falls, SD 57104-6714
517911711       +Edfinancial,    120 N. Seven Oaks Drive,    Knoxville, TN 37922-2359
517911712       +Gregory Herman,    13 Winding Way,    Mullica Hill, NJ 08062-2511
517911713       +Maglione General Contracting,    300 E. 11T Street,    Ocean City, NJ 08226-3320
517911715       +Phelan Hallinan Diamond & Jones, P.C.,    400 Fellowship Road, Suite 100,
                  Mount Laurel, NJ 08054-3437
517911716       +Resdel Corporation,    c/o Raymond J. Went, Jr., Esquire,    Nehmad, Perillo & Davis, P.C.,
                  4030 Ocean Heights Avenue,    Egg Harbor Township, NJ 08234-7505
517911718       +Thomas Kennelly, IV,    c/o Brown, Novick & McKinley,    38 North Broad Street,
                  Woodbury, NJ 08096-4644
517911719       +Tree Surgeon,    11 Bennett Road,    Cape May Court House, NJ 08210-2201
517911720       +Tri Supply & Equipment,    1685 River Road,    New Castle, DE 19720-5194
517911721       +Turtle & Hughes Inc.,    c/o Nord & DeMaio,    Turnpike Metroplex, Suite 201,
                  190 State Highway 18,    East Brunswick, NJ 08816-1407
517911723       +Wells Fargo Bank- Bob's Discount Furnitu,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2019 00:22:45     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg              E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2019 00:22:43     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517911708        EDI: WFNNB.COM Feb 16 2019 05:08:00     Comenity Capital Bank- ULTA,    Post Office Box 183043,
                  Columbus, OH 43218-3043
517911709        EDI: CRFRSTNA.COM Feb 16 2019 05:08:00     Credit First National Bank,    PO Box 81315,
                  Cleveland, OH 44181-0315
517955874        EDI: MERRICKBANK.COM Feb 16 2019 05:08:00     MERRICK BANK,    Resurgent Capital Services,
                  PO Box 10368,    Greenville, SC 29603-0368
517911714       +EDI: MERRICKBANK.COM Feb 16 2019 05:08:00     Merrick Bank,    10705 S. Jordan Gateway,
                  South Jordan, UT 84095-3977
518016314        EDI: Q3G.COM Feb 16 2019 05:13:00     Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                  PO Box 788,    Kirkland, WA  98083-0788
517970083       +EDI: DRIV.COM Feb 16 2019 05:13:00     SANTANDER CONSUMER USA,    P.O. Box 560284,
                  Dallas, TX 75356-0284
517911717       +EDI: DRIV.COM Feb 16 2019 05:13:00     Santander Consumer USA,    P.O. Box 961245,
                  Fort Worth, TX 76161-0244
517913216       +EDI: RMSC.COM Feb 16 2019 05:08:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517911722       +E-mail/Text: nadavis@hcc.com Feb 16 2019 00:23:27     United States Surety Co.,
                  20 West Aylesbury Road,    Lutherville Timonium, MD 21093-4138
517985756        EDI: WFFC.COM Feb 16 2019 05:13:00     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
                                                                                               TOTAL: 12
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                                       Signature:   /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                    Page 2 of 2            Date Rcvd: Feb 15, 2019
                              Form ID: 148                   Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           HSI Asset Securitization Corporation Trust 2007-WF1, Mortgage Pass-Through Certificates, Series
           2007-WF1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           HSI Asset Securitization Corporation Trust 2007-WF1, Mortgage Pass-Through Certificates, Series
           2007-WF1 rsolarz@kmllawgroup.com
          Robert A. Loefflad    on behalf of Debtor Lisa   McCallion rloefflad@ffhlaw.com,   ghuie@ffhlaw.com
          Scott W Lichtenstein    on behalf of Creditor    United States Surety Company
           slichtenstein@csglaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Yonit   Caplow    on behalf of Interested Party Christopher   Marrone ycaplow@dilworthlaw.com,
           cct@dilworthlaw.com
                                                                                              TOTAL: 8
```