| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Isabel C. Balboa, Esq. |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 |
| Cherry Hill, NJ 08002-2977 |
| (856) 663-5002 |
| In re: |
| LISA MCCALLION |

Order Filed on February 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-34132-ABA

Hearing Date: February 13, 2019   9:00 am

Judge:  Andrew B. Altenburg, Jr.

Chapter: 13

# ORDER OF DISMISSAL

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: February 15, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to attend the Section 341(a) meeting
- failure to make all required pre-confirmation payments to the Trustee
- failure to file tax returns
- failure to provide evidence of income

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa McCallion  
    Debtor

Case No. 18-34132-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Feb 15, 2019  
                 Form ID: pdf903　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.  
db　　　　　+Lisa McCallion,　 20 Marshall Lane,　 Ocean City, NJ 08226-2639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:

      Denise E. Carlon　　on behalf of Creditor　 Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-WF1, Mortgage Pass-Through Certificates, Series 2007-WF1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
      Isabel C. Balboa　　ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
      Isabel C. Balboa　　on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
      Rebecca Ann Solarz　　on behalf of Creditor　 Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-WF1, Mortgage Pass-Through Certificates, Series 2007-WF1 rsolarz@kmllawgroup.com  
      Robert A. Loefflad　　on behalf of Debtor Lisa  McCallion rloefflad@ffhlaw.com,  ghuie@ffhlaw.com  
      Scott W Lichtenstein　　on behalf of Creditor　 United States Surety Company  slichtenstein@csglaw.com  
      U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov  
      Yonit  Caplow　　on behalf of Interested Party Christopher  Marrone ycaplow@dilworthlaw.com,  cct@dilworthlaw.com  
                                                                                 TOTAL: 8